# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LOUIS ROBERTSON A/K/A LEWIS
ROBERTSON

NO. 2020 KW 0565

AUG 2 8 2020

---

In Re:   Louis Robertson a/k/a Lewis Robertson, applying for
supervisory writs, 23rd Judicial District Court,
Parish of Ascension, No. 14237.

---

BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

   **WRIT DENIED.** The court minutes show that on August 17,
2004, the trial court advised relator of his triad of
constitutional rights, and relator waived those rights.
Furthermore, the failure to file a motion to reconsider sentence
in itself does not constitute ineffective assistance of counsel.
See **State v. Dunnagan,** 2016-0187 (La. App. 1st Cir. 9/20/16),
277 So.3d 378, 381. Moreover, the rulings made by the judge pro
tempore on relator's postconviction claims are supported by the
evidence adduced at the evidentiary hearing. See La. R.S.
13:4209(A). See also La Code Crim. P. art. 930.2.

TMH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT